NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar #13644
ELHAM ROOHANI
Nevada Bar #12080
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
elham.roohani@usdoj.gov

Attorney for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | Case No. 2:19-mj-121-NJK |
| Plaintiff, | |
| vs. | **Motion to Dismiss Complaint Pursuant to Federal Rule of Criminal Procedure 48(a)** |
| Scott Dean Buckley, | |
| Defendant. | |

The government respectfully seeks leave of the Court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Criminal Complaint filed February 13, 2019 against Scott Dean Buckley.

//

//

//

//

//

//

Page 1

On February 19, 2019, Buckley was indicted by a federal grand jury on these same charges out of the District of Arizona. He made his initial appearance in this district on February 25, 2019, and was ordered detained and transferred to the District of Arizona. Case No.: 2:19-mj-154-GWF. Accordingly, the government respectfully requests that the Criminal Complaint against Buckley be dismissed and the case be closed.

DATED this 26th day of February, 2019

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney
//s//
ELHAM ROOHANI
Assistant United States Attorney

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: February 26, 2019